[Cite as *State ex rel. Ikladious v. Celebrezze*, 2015-Ohio-3482.]

# Court of Appeals of Ohio

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 103129**

# STATE OF OHIO, EX REL.
# FADY IKLADIOUS

RELATOR

vs.

# JUDGE LESLIE ANN CELEBREZZE

RESPONDENT

## JUDGMENT:
COMPLAINT DISMISSED

Writ of Prohibition
Motion No. 487322
Order No. 488291

**RELEASE DATE:** August 26, 2015

**ATTORNEY FOR RELATOR**

Alan M. Medvick
Bernlohr, Niekamp & Weisensell, L.L.P.
The Nantuckey Bldg. Suite 301
23 S. Main Street
Akron, Ohio   44308

**ATTORNEYS FOR RESPONDENT**

Timothy J. McGinty
Cuyahoga County Prosecutor
By:   Charles E. Hannan
Assistant County Prosecutor
The Justice Center
1200 Ontario Street
Cleveland, Ohio   44113

MARY J. BOYLE, J.:

{¶1} Fady Ikladious has filed a complaint for a writ of prohibition. Ikladious seeks to prevent Judge Leslie A. Celebrezze from exercising jurisdiction in a divorce action captioned *Tadross v. Tadross*, Cuyahoga Domestic Relations No. DR-14-350356. Judge Celebrezze has filed a motion to dismiss, which we grant for the following reason.

{¶2} The complaint for a writ of prohibition is based upon the argument that a pending appeal, filed in *Tadross v. Ikladious*, 8th Dist. Cuyahoga No. 102531, divested Judge Celebrezze of jurisdiction to exercise judgment in the underlying divorce action. However, on August 6, 2015, this court rendered an opinion and dismissed the appeal that formed the basis of Ikladious's argument to issue a writ of prohibition. *See Tadross v. Ikladious*, 8th Dist. Cuyahoga No. 102531, 2015-Ohio-3147. Because no appeal remains pending in this court, with regard to 8th Dist. Cuyahoga No. 102531, the request for a writ of prohibition is moot. *State ex rel. Fontanella v. Kontos*, 117 Ohio St.3d 514, 2008-Ohio-1431, 885 N.E.2d 220; *State ex rel. Reynolds v. Basinger*, 99 Ohio St.3d 303, 2003-Ohio-3631, 791 N.E.2d 459.

{¶3} Accordingly, we grant Judge Celebrezze's motion to dismiss. Costs to Ikladious. The court directs the clerk of courts to serve all parties with notice of this judgment and the date of entry upon the docket as required by Civ.R. 58(B).

{¶4} Complaint dismissed.

MARY J. BOYLE, JUDGE

EILEEN A. GALLAGHER, P.J., and
ANITA LASTER MAYS, J., CONCUR